**HONORABLE FRED VAN SICKLE**

Harry E. Ries
Attorney at Law
P.O. Box 1849
Moses Lake, WA 98837
(509) 765-4011

Attorney for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **STEPHANIE SWANBERG,**<br><br>                    Plaintiff,<br><br>vs.<br><br>**EXPRESS BUILDING SUPPLY, INC., D/B/A PENHALLURICK'S TRUE VALUE,**<br><br>                    Defendant. | **NO.**  CV-08-147-FVS<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

## ORDER

THIS MATTER having come on regularly before the Court upon the stipulation of the parties for an order dismissing the above entitled action with prejudice and without cost to any party, and the Court having reviewed the files contained herein, the stipulation of the parties and being fully advised on the premises, NOW, THEREFORE,

NO.  CV-08-147-FVS
*ORDER OF DISMISSAL*
Page 1

**HARRY E. RIES**
ATTORNEY AT LAW
406 W. BROADWAY, SUITE D * P.O. BOX 1849
MOSES LAKE, WA 98837
(509) 765 - 4011
FAX 765 - 3932

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action is hereby dismissed with prejudice and without costs to any party.   The District Court Execuitve shall close the file.

DONE this ___11th___ day of June, 2009.

                                              s/ Fred Van Sickle
                                      HONORABLE FRED VAN SICKLE

Presented by:
HARRY E. RIES

/s/ Harry E. Ries
Harry E. Ries, WSBA No. 10745
Attorney for Defendant
P.O. Box 1849
406 W. Broadway, Suite D
Moses Lake, WA  98837
(509) 765-4011
(509) 765-3932 Facsimile
harryeries@yahoo.com

Approved as to form
Notice of presentment waived:
DANO, GILBERT & AHREND, PLLC

/s/ George M. Ahrend
George M. Ahrend, WSBA No. 25160
Dano, Gilbert & Ahrend, PLLC
Attorney for Plaintiff
P.O. Box 2149
100 E. Broadway Ave.
Moses Lake, WA 98837
(509) 764-8426
(509) 766-7764 Facsimile
george@dgalaw.com

NO.  CV-08-147-FVS
*ORDER OF DISMISSAL*
Page 2

**HARRY E. RIES**
ATTORNEY AT LAW
406 W. BROADWAY, SUITE D * P.O. BOX 1849
MOSES LAKE, WA 98837
(509) 765 - 4011
FAX 765 - 3932